**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANGELA DEBOSE,**

    **Plaintiff,**

                                              Case No. 8:15-cv-02787-EAK-AE

**v.**

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES, and**
**ELLUCIAN, L.P.**

    **Defendants.**
_____/

**COUNSEL'S UNOPPOSED MOTION TO WITHDRAW**
**AS ATTORNEY OF RECORD FOR PLAINTIFF ANGELA DEBOSE**

    COMES NOW the undersigned attorney of record, Charlotte F. Kelly, and moves the Court for entry of an order allowing her and her firm to withdraw as counsel for the Plaintiff herein, pursuant to Middle District of Florida Rule 2.03. In support for this motion, the undersigned states:

    1.    The undersigned was retained by Plaintiff to represent her in the above-styled case.

    2.    More than three months still exist in the discovery period, with a current deadline of November 2, 2016.

    3.    Mediation has been scheduled for November 18, 2016 with mediator Peter Grilli.

    4.    Trial is currently set for a term in May of 2017.

    5.    Rule 4-1.16(b), Rules Regulating the Florida Bar, states that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or if the client insists on pursuing an objective that the lawyer considers repugnant or imprudent, or if the representation will result in an unreasonable financial

burden on the lawyer or has been rendered unreasonably difficult by the client, or if other good cause for withdrawal exists. The comments to Rule 4-1.16 state that "The court may request an explanation for the withdrawal, while the lawyer may be bound to keep confidential the facts that would constitute such an explanation. The lawyer's statement that professional considerations require termination of the representation ordinarily should be accepted as sufficient."

6. Professional considerations require termination of the representation in this case. Ms. DeBose does not object to the withdrawal of the undersigned counsel. Ms. DeBose has been advised to retain new counsel; at Ms. DeBose's request, her file will be given to an attorney to whom she asked that it be provided.

7. Because the Rules Regulating the Florida Bar anticipate that the undersigned counsel may withdraw under the circumstances presented by the facts in this case, the undersigned counsel respectfully requests that this Court permit her and her firm to withdraw from this case.

8. Prior to filing this motion, the undersigned counsel provided Ms. DeBose and opposing counsel with the ten day notice required by Local Rule 2.03(b).

9. Ms. DeBose's current contact information is 1107 W Kirby Street, Tampa, FL 33604.  Her telephone number is (813) 230-302361; email: awdebose@aol.com.

**CERTIFICATION OF CONFERENCE**

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned conferred with counsel for each Defendant and the Defendants do not oppose the relief requested in this motion.

WHEREFORE, for the reasons set forth herein, the undersigned counsel respectfully requests that this Court permit her to withdraw from this case.

Dated this 29th day of July, 2016.

        Respectfully Submitted,

        /s/ Charlotte Fernée Kelly
        Charlotte Fernée Kelly (FBN: 0090105)
        Fernee Kelly Law
        620 East Twiggs Street
        Suite 205
        Tampa, Florida 33602
        charlotte@ferneekellylaw.com
        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of July, 2016, the foregoing was electronically filed using the CM/ECF system, which sent notification of this filing to CM/ECF participants.

        /s/ Charlotte Fernée Kelly
        Charlotte Fernée Kelly