FILED

2017 SEP 27 PM 1: 22

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CIVIL ACTION NO. 8:15-cv-02787-EAK-AEP

ANGELA DEBOSE, )
)
    Plaintiff, )
v. )
)
UNIVERSITY OF SOUTH FLORIDA )
BOARD OF TRUSTEES, UNIVERSITY )
OF SOUTH FLORIDA, AND ELLUCIAN, )
L.P., )
)
    Defendants. )
_____/

## NOTICE OF UNAVAILABILITY

Plaintiff Angela DeBose hereby files this Notice of Unavailability stating that the undersigned will be unavailable from **October 8-12, 2017** due to work that will require her to be out-of-state and on **October 27, 2017** for a distant work event in Florida that will take her away from the local area. Plaintiff respectfully requests that no hearings or other proceedings requiring Plaintiff's attendance, be scheduled during the referenced time periods.

Respectfully submitted,

*Angela DeBose* (signature)

Angela DeBose

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **27th** day of September, 2017, the above and foregoing was filed with the Clerk of the Court, which will email the following: Richard C. McCrea, Jr., Greenberg Traurig, P.A., 101 East Kennedy Boulevard, Suite 1900, Tampa, Florida 33602-5148; email: (mccrear@gtlaw.com) and Kimberly Doud, Littler Mendelson, 111 North Magnolia Avenue, Suite 1250, Orlando, Florida 32801; email: (kdoud@littler.com).

*Angela DeBose*
Angela DeBose
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com