**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ANGELA DEBOSE,**

    **Plaintiff,**

v.                         **CASE NO. 8:15-cv-02787-EAK-AEP**

**UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,**

    **Defendant.**
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESS**

PLEASE TAKE NOTICE that the undersigned counsel Cayla E. McCrea of the law firm Greenberg Traurig, P.A. hereby appears as co-counsel for Defendant University of South Florida Board of Trustees ("USFBOT").  Undersigned counsel respectfully requests that the Plaintiff serve upon her copies of all pleadings and other papers that she files or serves hereafter in this action.

Dated:  January 19, 2018                   Respectfully submitted,

                                                   /s/ Cayla E. McCrea_____
                                                   Cayla E. McCrea
                                                   Florida Bar No. 1003487
                                                   Email: mccreac@gtlaw.com
                                                   GREENBERG TRAURIG, P.A.
                                                   101 E. Kennedy Boulevard, Suite 1900
                                                   Tampa, FL  33602
                                                   Telephone:  (813) 318-5700
                                                   Facsimile:  (813) 318-5900
                                                   Attorney for Defendant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Angela DeBose, Pro Se
1107 W. Kirby Street
Tampa, FL  33604
awdebose@aol.com


    /s/ Cayla E. McCrea
    Attorney

*TPA 512404211v1*