UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                         CASE NO. 8:15-cv-02787-EAK-AEP

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, and
ELLUCIAN COMPANY, L.P.,

    Defendants.
_____/

## DEFENDANT'S (CORRECTED) PROPOSED VOIR DIRE QUESTIONS

### Attitudes about the Legal System

    1.    Is there anyone here who believes that because we are here today in court, that there must be some merit to this case or that the defendants have done something wrong?

    2.    Do any of you believe that the plaintiff is not required to prove her case because the defendant happens to be a university?

    3.    Do you believe that both individuals and institutions stand equally in a court of law and that each should be given the same consideration and the same justice?  Do you believe that the university is entitled to the same fair and impartial treatment by you as a juror as the plaintiff is entitled?

4. Do any of you feel that you would be more likely to return a verdict against the defendant simply because it is a university?

**University of South Florida**

5. Have you or any member of your family had any positive or negative experiences with the University of South Florida?

6. Have you or anyone in your immediate family ever worked for the University of South Florida?

**Work History**

7. Has anyone ever had a dispute with an employer you worked for?
    a. If yes, what was the dispute about?
    b. How was it resolved?

8. Have you or any one of your family members or friends ever been fired or laid off?
    a. If yes, what was the reason?

9. For the most part, do you believe that you are treated fairly by the employer that you work for?

10. Do you believe that you or any one of your family members or friends have been victims of employment discrimination?

11. How many employees do you supervise at your current job, if any?

12. Have you ever been disappointed by something that happened to you at work?

13. Have you worked in a job where you were responsible for the work of others?

14. How satisfied or dissatisfied are you with your current job?

15. Have you ever been responsible for hiring, firing, training or promoting employees?

16. Have you or anyone you know ever sued or filed a claim against a current or former employer?  Please explain.

**Case Specific**

17. In a case where an employee is suing a former employer claiming that she was discriminated against and retaliated against because she complained about discrimination, who would you start the trial favoring, even if only slightly? Employee? Employer? Neither? Why?

18. Do you have any feelings or opinions that would affect your ability to be a fair and impartial juror in a case where an employee has brought a lawsuit against her former employer claiming discrimination unlawful retaliation? If yes, please explain.

Respectfully submitted,

/s/ Richard C. McCrea, Jr.
Richard C. McCrea, Jr.
Florida Bar No. 351539
Email: mccrear@gtlaw.com
Cayla McCrea Page
Florida Bar No. 1003487
Email: pagec@gtlaw.com
GREENBERG TRAURIG, P.A.
101 E. Kennedy Boulevard, Suite 1900
Tampa, FL  33602
Telephone:  (813) 318-5700
Facsimile:  (813) 318-5900
Attorneys for Defendant
University of South Florida Board of Trustees

4

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Angela DeBose, Pro Se
1107 W. Kirby Street
Tampa, FL  33604

Jeffrey B. Jones, Esquire
Kimberly J. Doud, Esquire
Nancy A. Byer, Esquire
Littler Mendelson, P.C.
111 North Magnolia Avenue, Suite 1250
Orlando, FL  32801

/s/ Richard C. McCrea, Jr.
Attorney