**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ANGELA DEBOSE,**
      **Plaintiff,**
**v.**                  **CASE NO. 8:15-cv-02787-EAK-AEP**

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES, and**
**ELLUCIAN COMPANY, L.P.,**
      **Defendants.**
_____/

**PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS**

**<u>Attitudes about USF</u>**

1. Please select one the answers below to complete this sentence:  My experience with the University of South Florida has been

   ____ positive ____ negative _____nonexistent

2. Have you ever worked for the University of South Florida?

   If yes, when and for how long?

3. Do you see the University of South Florida as a positive or negative force in the community?

   Explain why.

**<u>Work History</u>**

4. Do you now or have you ever supervised anyone?

5. Have you ever owned a business, been self-employed, or managed more than 5 people?

6.  Have you, anyone close to you, or who has worked for you ever been discriminated or retaliated against in any way, for any reason, by another individual or business?

    If yes, please explain what happened and how it made you feel:

7.  Have you, anyone close to you, or your employer ever been accused of or sued for discrimination of any type?

    If yes, please explain:

8.  Have you ever been fired or laid off from your employment?

    If yes, what was the reason?

**Attitudes about Society**

9.  Is diversity in the workplace, schools, and the community
    ___ very important  ____ somewhat important  _____ not at all important?

10. Do you think you have a bias or have had bad experiences with people of a particular race?

**Attitudes about the Legal System**

11. Employment lawsuits are just excuses to cover up other problems people are having on the job.

    ____Agree  ____ Disagree

    Why do you feel that way?

12. Do you think the legal system and the courts are good mechanisms to protect employer and employee rights?

13. Which do you think is protected more in the court system—employers or employees?

14. Which group, employers or employees, do you think <u>should</u> have the greater protection and why?

15. What do you believe best prepares you to serve as an impartial juror?

16. Do you hold any feelings or attitudes about employment discrimination and retaliation cases that would make being impartial difficult or challenging?

    If yes, describe what feelings or attitudes you hold.

**<u>Attitudes about the Case</u>**

17. When you hear  the words discrimination and retaliation, what are the first thoughts that come to mind and why?

18. Of the groups below, which would you be less in favor of as a potential juror, even if slightly, at the start of the case, in a case for unlawful discrimination and retaliation?

    _____ plaintiff/employee          _____ defendant/employer

    Why is that?

19. Would your opinion change if the defendant/employer is a state college or university?

    If so, why?

20. What are your thoughts or opinions about suing the government or an arm of the government?

Submitted:  **September 8, 2018**                    */s/ Angela DeBose*
                                                     Angela DeBose

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this **8th** day of September 2018, the above and foregoing was sent via Certified Mail and filed electronically, with notice of the filing sent to: Richard C. McCrea, Jr. and Cayla Page, Greenberg Traurig, P.A., 101 East Kennedy Boulevard, Suite 1900, Tampa, Florida 33602-5148; email: (mccrear@gtlaw.com; pagec@gtlaw.com) and Kimberly Doud, Littler Mendelson, 111 North Magnolia Avenue, Suite 1250, Orlando, Florida 32801; email: (kdoud@littler.com).

_     /s/ Angela DeBose_____
1107 W. Kirby Street
Tampa, Florida 33604
Telephone: (813) 932-6959
Email: awdebose@aol.com