UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA W. DEBOSE,

    Plaintiff,

v.                                             Case No. 8:15-cv-2787-T-17AEP

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES, *et al.*,

    Defendants.
_____/

## **ORDER**

This cause came before the Court for a hearing regarding the Order granting in part and denying in part Plaintiff's Motion to Strike Defendant's Previously Undisclosed Witnesses Based on Newly Discovered Evidence (*see* Docs. 405, 413, 419). In the Order, the undersigned stated that, *absent some other evidence of proper and timely disclosure*, Defendant would be precluded from presenting the testimony of Sarah Thomas, Taja Sumpter, and Dr. Allison Cleveland-Roberts, among others (Doc. 419, at 2). Defendant thereafter provided specific evidence that it timely disclosed Sarah Thomas, Taja Sumpter, and Dr. Allison Cleveland-Roberts as potential witnesses (Doc. 421-1). Namely, Defendant provided the entire copy of its supplemental disclosures,[1] which it produced to Plaintiff's prior counsel during the course of discovery. As a result, the Order granting in part and denying in part Plaintiff's Motion to Strike Defendant's Previously Undisclosed Witnesses Based on Newly Discovered Evidence

---

[1] The copy attached to Defendant's Notice of Filing Opposition to Plaintiff's Motion to Strike (Doc. 413-1) omitted the second page of the supplemental disclosures.

(Doc. 419) is MODIFIED to the extent that Defendant may call Sarah Thomas, Taja Sumpter, and Dr. Allison Cleveland-Roberts as witnesses at trial.

DONE AND ORDERED in Tampa, Florida, on this 11th day of September, 2018.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record