UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANGELA DEBOSE,**

    **Plaintiff,**

v.                                                    **CASE NO.: 8:15-cv-02787-EAK-AEP**

**UNIVERSITY OF SOUTH FLORIDA**
**BOARD OF TRUSTEES, and**
**Ellucian Company, L.P.,**

    **Defendants.**
_____/

## OBJECTION – DENIAL OF SIMILAR RELIEF

Plaintiff Angela DeBose hereby gives notice of her Objection to the Court's reinstatement of three (3) of Defendant's stricken witnesses, based on Defendant's inadvertence, while declining Plaintiff similar relief.

Defendant failed to include a middle page when initially filing Rule 26 disclosures. Plaintiff concedes her former counsels failed to make a timely Rule 26 disclosure; however, Plaintiff argued in opposition to Defendant's Motion to Strike that there were less harsh means. Plaintiff Pro Se essentially requested relief due to *her* excusable neglect since she did not manage the case.

Rule 60. Relief from a Judgment or Order

Rule 60 provides for relief from judgment from a judgment, order, or proceeding for the following reasons.

    (1) mistake, inadvertence, surprise, or excusable neglect;

In that inadvertence is defined as the lack of careful attention and excusable neglect, the legitimate excuse for the failure to take some proper step at the proper time, Plaintiff contends

1

she should have been granted similar relief for Tony Embry, Kimberly Bushe-Whiteman, and Dr. Harold Nixon.

Dated: **September 12, 2018**               */s/ Angela DeBose*_____
                                             Angela DeBose

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **12th** day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy via email to all counsel of record identified in the Service List to receive Notices of Electronic Filing.

                                              */s/ Angela DeBose*_____
                                              Angela DeBose
                                              1107 W. Kirby St.
                                              Tampa, FL 33604
                                              (813) 932-6959
                                              awdebose@aol.com