**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 11, 2018 |
|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:20 – 12:23; 1:32 – 3:40; 3:56 – 4:55<br>**TOTAL:** 5 hrs & 8 min | **COURTROOM:** 14A |

**PROCEEDINGS:** JURY TRIAL (DAY 2)

10:20 - Court clarifies previous ruling regarding use of depositions. Jury is seated in courtroom and Plaintiff resumes opening statement; Defendant's opening statement.
12:23 - Lunch break until 1:30
1:32 - Discussions with counsel; short recess to allow time for witness to arrive.
1:52 - Paul Dosal takes stand – direct
3:40 - Afternoon recess until 3:55
3:56 - Direct of Paul Dosal resumes
4:53 - Jury excused until 10:00 a.m. on 9/12/18; 4:55 – Court adjourned.