**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.:   8:15-cv-2787-T-17AEP | DATE:   September 12, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:16 – 12:25; 1:30 – 3:30; 3:51 – 4:57<br>**TOTAL: 5 hrs & 15 min.** | **COURTROOM:** | 14A |

**PROCEEDINGS:**     JURY TRIAL (DAY 3)

10:16 - Court in session; direct of Paul Dosal resumes.
12:25 - Lunch break until 1:30
1:30 -  Court addresses witness issues with parties; Direct of Paul Dosal resumes.
3:30 -  Afternoon break until 3:50
3:51 -  Direct of Paul Dosal resumes
4:57 -  Court adjourned until 10:00 a.m. on 9/13/2018