**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:**     **8:15-cv-2787-T-17AEP** | **DATE:**   **September 13, 2018** |
| **HONORABLE ELIZABETH A. KOVACHEVICH** | |
| **ANGELA DEBOSE**<br><br>**v.**<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page |
| **COURT REPORTER:**  David Collier | **DEPUTY CLERK:**   Sonya Cohn |
| **TIME:**  10:19 – 12:26; 1:37 – 2:52; 3:17 – 4:56<br>**TOTAL:**   5 hrs & 1 min. | **COURTROOM:**   14A |

**PROCEEDINGS:**      JURY TRIAL (DAY 4)

10:19 - Court in session; direct of Paul Dosal resumes
12:56 – Lunch break until 1:30
1:37 –   Court in session; direct of Paul Dosal resumes
2:52 -  Afternoon break until 3:15
3:17 -  Cross of Paul Dosal by Mr. McCrea
4:56 -  Court adjourned until 10:00 a.m. on 9/17/2018