**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 17, 2018 |
|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 10:13 – 10:56; 12:31 – 3:01; 3:28 – 4:53<br>**TOTAL:** 4 hrs & 29 min. | **COURTROOM:** 14A |

**PROCEEDINGS:** JURY TRIAL (DAY 5)

10:13 - Court in session; Juror 2 released for family medical issue.
10:56 – Jury released for lunch until 12:30.
12:31 – Court in session -court addresses matters with parties; Defendant's oral motion for mistrial – denied
12:58 - Jury seated in courtroom.  Court releases Jurors 4, 6, 10, & 11.
1:17 - Recross of Paul Dosal
1:20 - Ralph Wilcox takes stand – direct
3:01 - Afternoon break until 3:25
3:28 - Direct of Ralph Wilcox resumes;  Defendant's oral motion for reconsideration of motion in limine – denied
4:53 - Court in recess until 10:00 a.m. on 9/18/2019.