**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 18, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:13 – 12:00; 1:03 – 2:27; 3:00 – 5:02<br>**TOTAL:** 5 hrs and 10 min. | **COURTROOM:** | 14A |

**PROCEEDINGS:**   JURY TRIAL (DAY 6)

10:13 - Court in session – preliminary matters addressed with counsel
10:19 – Jury in courtroom; direct resumes of Ralph Wilcox
11:56 - Lunch break until 1:00 p.m.
1:03 -  Court in session; Direct resumes of Ralph Wilcox
2:27 - Afternoon break until 3:00
3:00 -  Court in session; Direct resumes of Ralph Wilcox
4:58 - Jury released until 10:00 on 9/19/2018
5:02 - Court adjourned.