**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 19, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:10 – 12:43; 3:45 – 4:57 p.m.<br>**TOTAL:** 3 hrs. 45 min. | **COURTROOM:** | 14A |

**PROCEEDINGS:**    JURY TRIAL (DAY 7)

10:10 - Court in session; jury seated; Direct of resumes of Ralph Wilcox
12:43 - Lunch and break to allow witness to attend a meeting.
3:45 - Jury seated; Direct resumed of Ralph Wilcox
4:22 - Cross of Ralph Wilcox
4:57 - Jury excused until 10:00 on 9/20/2018.  Court adjourned