**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 20, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:37 – 12:12; 1:11 – 2:13; 2:30 – 4:56<br>**TOTAL:** 5 hrs 3 min | **COURTROOM:** | 14A |

**PROCEEDINGS:** JURY TRIAL (DAY 8)

10:37 - Court in session; preliminary matters addressed with counsel.
10;45 - Jury seated; Cross resumes of Ralph Wilcox
11:29 - Redirect of Ralph Wilcox; recross, re-redirect
12:08 - Lunch break until 1:10
1:11 - Jury seated; Direct of Alexis Mootoo; cross; redirect; recross; re-redirect
2:13 - Afternoon break until 2:30
2:31 - Plaintiff rests; Defendant's oral motion for judgment as a matter of law – under advisement
2:55 - Jury seated; Defendant's case begins.  Sarah Thomas takes stand – direct by Mr. McCrea; cross; redirect; recross, re-redirect; re-recross
4:13 - William Travis Thompson takes stand – direct
4:54   Jury released until 10:00 on 9/24/2018; Plaintiff's oral motion to strike unauthenticated exhibits – denied.  Court adjourned