**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:15-cv-2787-T-17AEP | **DATE:** September 24, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:46 – 12:30; 1:33 – 2:47 p.m.<br>**TOTAL:** 2 hrs. 58 min. | **COURTROOM:** | 14A |

**PROCEEDINGS:** JURY TRIAL (DAY 9)

10:46 - Court in session; jury seated; Direct resumes of William Travis Thompson; cross; redirect; Recross; re-redirect; re-recross
11:43 - Carrie Garcia takes stand – direct; cross; redirect
12:30 - Lunch break until 1:30
1:33 - Court in session. Dft renews oral Rule 50 motion – deferred. Plaintiff's oral Rule 50 motion – deferred. Court allows Plaintiff to reopen case regarding damages only.
2:13 - Jury seated; Defendant rests. Plaintiff takes stand to testify regarding damages only – direct; cross.
2:34 - Jury released until 10:00 a.m. on 9/25. Court addresses exhibit issues with parties. Court adjourned.