**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 25, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE**<br><br>v.<br><br>**USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL**<br>Angela DeBose, pro se<br><br>**DEFENDANT COUNSEL**<br>Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:18 – 12:33; 1:45 – 1:57; 3:04 – 3:10<br>**TOTAL:** 2 hrs. 33 min. | **COURTROOM:** | 14A |

**PROCEEDINGS:**    JURY TRIAL (DAY 10)

10:18 - Court in session – court addresses matters with counsel
10:22 – Jury seated; Closings; Jury charged.  Court directs jury department to provide lunch for jurors.
1:45 -   Court advises parties of selection of foreperson and timetable.  Jury will deliberate until 4:00
             p.m. and return 9/26 at 10:00 a.m.
3:04 -  Jury note addressed.