**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:15-cv-2787-T-17AEP | DATE: September 26, 2018 | |
|---|---|---|
| **HONORABLE ELIZABETH A. KOVACHEVICH** | | |
| **ANGELA DEBOSE** <br><br> v. <br><br> **USF BOARD OF TRUSTEES** | **PLAINTIFF COUNSEL** <br> Angela DeBose, pro se <br><br> **DEFENDANT COUNSEL** <br> Richard McCrea & Cayla McCrea Page | |
| **COURT REPORTER:** David Collier | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 3:02 – 3:12; 4:52 – 5:00 <br> **TOTAL:** 18 min | **COURTROOM:** | 14A |

**PROCEEDINGS:**   JURY TRIAL (DAY 11)

Court directs jury department to order lunch for jurors.
3:02 – Jury note addressed
4:52 - Verdict returned for Plaintiff; Jury released.  5:00 - Court adjourned.