UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA W. DEBOSE,

    Plaintiff,

v.                                            Case No.: 8:15-cv-2787-EAK-AEP

UNIVERSITY OF SOUTH FLORIDA
BOARD OF TRUSTEES,

    Defendant.
_____

## COURT'S VERDICT FORM

Please carefully read the questions below and provide your answers in the spaces provided:

**I.**   **Race Discrimination**

**Do you find from a preponderance of the evidence:**

(1)   That the University of South Florida discharged Ms. DeBose from employment?

                      Answer Yes or No    **Yes**

*[If your answer to this question is "No," this ends your deliberations as to Ms. DeBose's race discrimination claim, and you should skip to question II(1). If your answer to this question is "Yes," go to the next question.]*

Case No.: 8:15-cv-2787-EAK-AEP

(2) That Ms. DeBose's race was a motivating factor that prompted the University of South Florida to take that action?

Answer Yes or No   **Yes**

*[If your answer to this question is "No," this ends your deliberations as to Ms. DeBose's race discrimination claim, and you should skip to question II(1). If your answer to this question is "Yes," go to the next question.]*

(3) That the University of South Florida would have discharged Ms. DeBose from employment even if the University of South Florida had not taken Ms. DeBose's race into account?

Answer Yes or No   **Yes**

*[If your answer to this question is "Yes," this ends your deliberations as to Ms. DeBose's race discrimination claim, and you should skip to question II(1). If your answer to this question is "No," go to the next question.]*

2

(4) That Ms. DeBose should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

        Answer Yes or No    _____

        If your answer is "Yes,"
in what amount?    $_____

II. **Retaliation**

**Do you find from a preponderance of the evidence:**

(1) That Ms. DeBose engaged in protected activity?

        Answer Yes or No    __Yes__

*[If your answer to this question is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to this question is "Yes," go to the next question.]*

(2) That the University of South Florida took an adverse employment action against Ms. DeBose?

        Answer Yes or No    __Yes__

*[If your answer to this question is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to this question is "Yes," go to the next question.]*

3

Case No.:  8:15-cv-2787-EAK-AEP

(3) That the University of South Florida took the adverse employment action because of Ms. DeBose's protected activity?

Answer Yes or No     Yes

*[If your answer to this question is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer to this question is "Yes," go to the next question.]*

(4) That Ms. DeBose suffered damages because of the adverse employment action?

Answer Yes or No     Yes

*[If your answer to this question is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.]*

(5) That Ms. DeBose should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No     Yes

If your answer is "Yes,"
in what amount?     $ 310,500.00

4

Case No.: 8:15-cv-2787-EAK-AEP

So Say We All.

DATE: 9·26·18

_____Crystal Stephens_____
Foreperson's Signature