# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ANGELA W. DEBOSE,

    Plaintiff,

v.                                                Case No.:  8:15-cv-2787-EAK-AEP

UNIVERSITY OF SOUTH FLORIDA BOARD
OF TRUSTEES and ELLUCIAN COMPANY,
L.P.

    Defendants.

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Angela DeBose in the amount of $310,500.00 and against Defendant University of South Florida Board of Trustees on Plaintiff's disparate treatment race discrimination and retaliation claims, in accordance with the jury's verdict.

**Decision by Court.**   This action came before the Court and a decision has been rendered.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Court's Order entered September 29, 2017, judgment is hereby entered in favor of Defendant University of South Florida Board of Trustees and against Plaintiff on Plaintiff's disparate treatment gender discrimination, disparate impact race and gender discrimination, breach of contract, tortious interference, and civil conspiracy claims.

                                                                  ELIZABETH M. WARREN,
                                                                  CLERK

                                                                  s/src, Deputy Clerk